**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lauren** | **Ashley** | **Hurtado** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | 21-11020 | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Unemployed** | |
| Employer's name | | |
| Employer's address | Number Street | Number Street |
| | City State Zip Code | City State Zip Code |
| How long employed there? | | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $0.00 | |
| 3. | Estimate and list monthly overtime pay. | + $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | $0.00 | |

| Debtor 1 | Lauren Ashley Hurtado | Case number (if known) | 21-11020 |
|---|---|---|---|

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here ............................................................................. ➔ 4. | $0.00 |  |
| 5. | List all payroll deductions: |  |  |
| 5a. | Tax, Medicare, and Social Security deductions  5a. | $0.00 |  |
| 5b. | Mandatory contributions for retirement plans  5b. | $0.00 |  |
| 5c. | Voluntary contributions for retirement plans  5c. | $0.00 |  |
| 5d. | Required repayments of retirement fund loans  5d. | $0.00 |  |
| 5e. | Insurance  5e. | $0.00 |  |
| 5f. | Domestic support obligations  5f. | $0.00 |  |
| 5g. | Union dues  5g. | $0.00 |  |
| 5h. | Other deductions. Specify: _____  5h. + | $0.00 |  |
| 6. | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6. | $0.00 |  |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.  7. | $0.00 |  |
| 8. | List all other income regularly received: |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm  8a. | $0.00 |  |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |
| 8b. | Interest and dividends  8b. | $0.00 |  |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive  8c. | $0.00 |  |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |
| 8d. | Unemployment compensation  8d. | $0.00 |  |
| 8e. | Social Security  8e. | $0.00 |  |
| 8f. | Other government assistance that you regularly receive |  |  |
|  | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. |  |  |
|  | Specify: rent assistance  8f. | $866.00 |  |
| 8g. | Pension or retirement income  8g. | $0.00 |  |
| 8h. | Other monthly income. Specify: See continuation sheet  8h. + | $1,336.00 |  |
| 9. | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9. | $2,202.00 |  |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.  10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $2,202.00 + _____ = $2,202.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

    Specify: _____  11. +  $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.  $2,202.00
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☒ Yes. Explain: **Debtor has a pending claim fo Social Security disability benefits.**

Official Form 106I                    Schedule I: Your Income                    page 2

| Debtor 1 | **Lauren Ashley Hurtado** | Case number (if known) | **21-11020** |
|---|---|---|---|

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8h. | Other Monthly Income (details) |  |  |
|  | **Assistance from family** | **$1,000.00** |  |
|  | **Snap Benefits** | **$250.00** |  |
|  | **City of Austin utility assistance** | **$86.00** |  |
|  | Totals: | **$1,336.00** |  |

**Fill in this information to identify your case:**

Debtor 1: **Lauren** **Ashley** **Hurtado**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **21-11020**

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☒ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**   ☒ No
   ☐ Yes. Fill out this information for each dependent.

Do not list Debtor 1 and Debtor 2.
Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |
| | | ☐ No / ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
☒ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.    **$999.00**

   If not included in line 4:
   4a. Real estate taxes    4a. _____
   4b. Property, homeowner's, or renter's insurance    4b.    **$13.35**
   4c. Home maintenance, repair, and upkeep expenses    4c. _____
   4d. Homeowner's association or condominium dues    4d. _____

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1  **Lauren Ashley Hurtado**  Case number (if known) **21-11020**

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans  5. _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas  6a. **$86.00**
   - 6b. Water, sewer, garbage collection  6b. **$60.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services  6c. **$25.00**
   - 6d. Other. Specify: **Cell Phone**  6d. **$45.00**

7. **Food and housekeeping supplies**  7. **$250.00**

8. **Childcare and children's education costs**  8. _____

9. **Clothing, laundry, and dry cleaning**  9. _____

10. **Personal care products and services**  10. _____

11. **Medical and dental expenses**  11. **$105.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.  12. **$27.55**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. _____

14. **Charitable contributions and religious donations**  14. _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance  15a. _____
    - 15b. Health insurance  15b. _____
    - 15c. Vehicle insurance  15c. **$90.48**
    - 15d. Other insurance. Specify: _____  15d. _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____  16. _____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1  **2019 Chevrolet Camaro**  17a. **$433.47**
    - 17b. Car payments for Vehicle 2  17b. _____
    - 17c. Other. Specify: **Apple Storage**  17c. **$9.99**
    - 17d. Other. Specify: **Washer/Dryer Rental / AppleCare**  17d. **$56.21**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**  18. _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____  19. _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property  20a. _____
    - 20b. Real estate taxes  20b. _____
    - 20c. Property, homeowner's, or renter's insurance  20c. _____
    - 20d. Maintenance, repair, and upkeep expenses  20d. _____
    - 20e. Homeowner's association or condominium dues  20e. _____

Official Form 106J  **Schedule J: Your Expenses**  page 2

Debtor 1  **Lauren Ashley Hurtado**  Case number (if known) **21-11020**

**21. Other.** Specify: _____  21. + _____

**22. Calculate your monthly expenses.**

    22a. Add lines 4 through 21.  22a. **$2,201.05**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.  22b. _____

    22c. Add line 22a and 22b. The result is your monthly expenses.  22c. **$2,201.05**

**23. Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I.  23a. **$2,202.00**

    23b. Copy your monthly expenses from line 22c above.  23b. – **$2,201.05**

    23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.  23c. **$0.95**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Explain here:
**Ex-husband has agreed to pay car payment and insurance until disability income commences.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: §
§
**Lauren Ashley Hurtado** § Case No. **21-11020**
§
§
Debtor(s) § Chapter **7**

# DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION, ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES, AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, I HEREBY DECLARE UNDER PENALTY OF PERJURY that I have read

☐ the original statements and schedules to be filed electronically in this case

☐ the voluntary petition as amended on _____ and to be filed electronically in this case

☐ the statements and schedules as amended on _____ and to be filed electronically in this case

☐ the master mailing list (matrix) as amended on _____ and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statments and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

☐ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date: _____ _____
Lauren Ashley Hurtado
Debtor